Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Richard James Gabaldon

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD JAMES GABALDON,<br><br>           Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No.: 5:20-cv-00387-SK<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: March 30, 2020

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE